**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TVBI COMPANY LIMITED,

    Plaintiff,

  v.

WANG YU LIN,

    Defendants.

No. 12-05734 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On March 26, 2013, Plaintiff's counsel filed a request to appear telephonically at the motion hearing and initial case management conference set for April 9, 2013 at 9:30 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: March 27, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge