UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TVBI COMPANY LIMITED,<br><br>    Plaintiff,<br><br>  vs.<br><br>WANG YU LIN,<br><br>    Defendant. | Case No:  C 12-5734 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order accepting the report and recommendation of Magistrate Judge Elizabeth Laporte and granting Plaintiff's motion for default judgment,

IT IS HEREBY ORDERED THAT judgment shall be entered in favor of TVBI Company Limited against Defendant Wang Yu Lin in the amount of $1,713,569.00.

IT IS SO ORDERED.

Dated:  August 27, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge